| Date | Pleading Number | |
|---|---|---|
| 11/9/72 | 1. | MOTION w/MEMORANDUM OF POINTS & AUTHORITIES of plaintiff Kinsling, Barrow & Ricketts, (A-6 & A-7) certificate of service<br>TRANSFEREE FORUM: N.D. California |
| 11/13/72 | 1a | PLAINTIFFS AMENDMENT TO MOTION w/cert. of service. |
| 11/20/72 | 2 | APPLICATION FOR ORDER EXTENDING TIME FOR DESIGNATION OF LIAISON COUNSEL AND FOR FILING RESPONSE TO MOTION FOR CONSOLIDATION ON BEHALF OF CERTAIN PARTIES. w/cert of service |
| 11/21/72 | | ORDER - Extending to all parties Dec. 11, 1972 the time in which to file and serve response to motion and to file appearance with the Panel |
| 11/24/72 | | INDEPENDENT INVESTOR PROTECTIVE LEAGUE, etc. v. DelTA AIRLINES Letter from attorney Kurrelmeyer w/order dismissing complaint. signed by Judge Knapp dated Nov. 17, 1972 |
| 12/4/72 | | Amended certificate of service for movants (Brief No. 1) to include U.S.D.C. C.D. Calif. |
| 12/11/72 | 3 | H. L. PROAPS, et al. response to motion to transfer w/cert. of service |
| 12/11/72 | 4 | WESTERN AIRLINES, BRANIFF INTL. AIRWAYS, DELTA AIR LINES, HUGHES AIR WEST, NATIONAL AIRLINES, EASTERN AIRLINES, AMERICAN AIRLINES CONTINENTAL AIRLINES, PIEDMONT AVIATION, TEXAS INTL. AIRLINES, TRANS WORLD AIRLINES, defendants response and brief in opposition to transfer w/cert. of service. |
| 12/11/72 | 5 | UNITED AIR LINES response to motion w/cert. of service |
| 12/11/72 | 6 | DONALD A. KLEIN response to motion w/cert. of service |
| 12/11/72 | 7 | PEVSNER response to motion w/cert of service. |
| 1/3/73 | | HEARING ORDER - Setting A-2 through A-7 for hearing, 1/26/73 Los Angeles, Calif., Notified counsel, involved judges |
| 1/8/73 | 8 | Movants amendment to certificate of service to add Air Transportation Assoc. of America, 1709 New York Ave., Wash., D.C. N.W. |
| 1/16/73 | 9 | GREGGAR SLETTLELAND V. UNITED AIRLINES., N.D.CAL., C-72-2120 Plaintiffs letter consent for inclusion w/cert. of service. |
| 5/2/73 | 10 | DISSMISAL letter and Order for WIMBERLEY V. BRANIFF, N.D. Calif., Civil Action No. C-72-1053-ACW |
| 7/3/73 | | CONSENT of Judge Albert Lee Stephens, Chief Judge, Central District of to consolidation of litigation in that district before Judge Ray McNichols |
| 7/3/73 | | OPINION AND ORDER consolidating litigation in the Central District of California before Judge Ray McNichols. One action each from E.D. California, W.D. Pennsylvania and N.D. California. Copies to counsel, Panel judges, hearing clerk, transferee and transferor judges and clerks. |

O&O of 7/3/73　360 F. Supp. 1397

DOCKET NO. 121 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE PUBLIC AIR TRAVEL TARIFF LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 1/26/73

Date(s) of Opinion(s) or Order(s) 7/3/73

Consolidation Ordered ✓　　Name of Transferee Judge RAY McNichols (ID)

Consolidation Denied　　　　Transferee District CD CALIFORNIA (973)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Independent Investor League, et al. v. Delta Air Lines | S.D.N.Y. HRT CK | 72 Civ 1537 | | | dismissed 1/17/72 J. Knapp | |
| A-2 | H.L. Proaps v. Hughes Air Corp., et al. | E.D.Cal. Crocker | S2428 | 7/3/73 | 73-1561-RM | 4/24/74 | |
| A-3 | Donald L. Pevsner v. Eastern Airlines, Inc. | S.D.Fla. Roettger | 72-601-Civ-River | | | dismissed 6/14/73 | |
| A-4 | Diana J. Wimberley v. Braniff International Airways, et al. | N.D.Cal. | C-72-1053-ACW | | | dismissed Apr. 23, 1973 | |
| A-5 | Donald A. Klein v. American Airlines, Inc., et al. | W.D.Pa. Barkley | 72-698 | 7/3/73 | 73-1562-RM | 11/14/74 | |
| A-6 | Kinsling, et al. v. Delta Air Lines, Inc., et al. | C.D.Cal. | 72-1045-EC | NTW | 72-1045-EC | 11/14/74 | |
| A-7 | Ronald J. Kinsling, et al. v. Trans-World Airlines, et al. | C.D.Cal. | 72-1217-EC | NTW | 72-1217-EC | 11/14/74 | |

Continued

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Greggar Sletteland v. United Airlines | N.D.Cal. | C-72-2120-SW | 7/3/73 | 73-1563-RM | 11/14/74 | plts consent for inclusion |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 121 -- IN RE PUBLIC AIR TRAVEL TARIFF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Bader & Bader<br>274 Madison Avenue<br>New York, New York | ~~DELTA AIRLINES~~<br>~~AMERICAN AIRLINES~~<br>~~NATIONAL AIRLINES~~<br>~~Hale, Russell & Stentzel~~<br>~~122 East 42nd Street~~<br>~~New York, New York 10017~~<br><br>CIVIL AERONAUTICS BOARD<br>Whitney North Seymour, Jr., Esquire<br>United States Attorney<br>United States District Court<br>New York, New York 10007 |
| A-2 | Robert E. Proaps, Jr., Esquire<br>*Proaps, Greggs - Brisby*<br>926 J. Building, Suite 816<br>Sacramento, Calif. 95814 | *Texas Int'l Airlines, Inc.*<br>*Southern Airways, Inc.*<br>*Piedmont Aviation, Inc.*<br>CONTINENTAL AIRLINES, *Inc.*<br>AMERICAN AIRLINES, *Inc.*<br>~~DELTA AIRLINES~~<br>~~NATIONAL AIRLINES~~<br>TRANS WORLD AIRLINES<br>~~WESTERN AIRLINES~~<br>Charles W. Kenady, Esquire<br>Cooper, White & Cooper<br>44 Montgomery St., Suite 3300<br>San Francisco, Calif. 94104<br><br>Alvin J. Rockwell, Esquire<br>Thomas A. Welch, Esquire<br>Brobeck, Phleger & Harrison<br>111 Sutter St., Rm. 1100<br>~~San Francisco,~~ Calif. 94104 |
| A-3 | Susan Goldman<br>Colson & Hicks<br>2d Flr., Concord Bldg.<br>Miami, Fla. 33103 | EASTERN AIRLINES<br>Walton, Lantaff, Schroeder, Carson & Wahl<br>922 Alfred I. duPont Building<br>Miami, Florida 33131<br><br>EASTERN AIRLINES *E. Smythe Gambrell, Esq*<br>Gambrell, Russell, Killorin, Wade & Forbes<br>4000 First National Bank Building<br>Atlanta, Georgia 30303<br>AND<br>William G. Bell, Esquire<br>c/o Eastern Airlines, Inc.<br>Miami International Airport<br>Miami, Florida 33148 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-4 | Edmund B. Schultz, Esquire<br>2248 Monument Building<br>Pleasant Hills, Calif. | |
| A-5 | James H. Joseph, Esquire<br>~~508 Loan & Finance Building~~<br>Pittsburgh, Pa. 15219 | ~~ALL DEFENDANTS~~ *Allegheny Airlines* *Walter T. McHugh Esq*<br>Reed, Smith, Shaw & McClay<br>~~747 Union Trust Building~~ *P.O. Box 2009*<br>Pittsburgh, Pa. 15230 |
| A-6<br>A-7 | Norman T. Ollestad, Esquire<br>~~Alan L. Freedman, Esquire~~<br>Suite 670<br>610 South Main Street<br>Los Angeles, Calif. 90014 | UNITED AIRLINES *Richard C. Greenberg Esq.*<br>Kalmbach, DeMarco, Knapp & Chillingworth<br>~~515~~ South Flower St., Suite 4400<br>Los Angeles, Calif. 90071<br>*Atlantic Richfield Plaza* |
| B-1 | Gary J. Near, Esq.<br>473 Jackson Street<br>San Francisco, Calif. 94111 | WESTERN AIRLINES<br>Darling, Hall, Rae & Gute<br>523 West Sixth Street, Suite 737<br>Los Angeles, Calif. 90014<br>*Donald Keith Hall*<br><br>~~ALL OTHER DEFENDANT AIRLINES~~<br>~~O'Melveny & Myers~~<br>~~611 West Sixth Street~~<br>~~Los Angeles, Calif. 90017~~<br><br>AMERICAN AIRLINES, INC.<br>CONTINENTAL AIR LINES, INC.<br>PIEDMONT AVIATION, INC.<br>SOUTHERN AIRWAYS, INC.<br>TEXAS INTERNATIONAL AIRLINES, INC.<br>TRANS WORLD AIRLINES, INC.<br>  Henry C. Thumann, Esquire<br>  Patrick Lynch, Esquire<br>  James V. Selna, Esquire<br>  O'Melveny & Myers<br>  611 West Sixth Street<br>  Los Angeles, California 90017<br><br>BRANIFF INTERNATIONAL AIRWAYS, INC.<br>DELTA AIR LINES, INC.<br>HUGHES AIR CORP.<br>NATIONAL AIRLINES, INC.<br>   Charles W. Kenady, Esquire<br>   Neil L. Shapiro, Esquire<br>   Cooper, White & Cooper<br>   44 Montgomery Street<br>   San Francisco, Califrnia 94104<br><br>AIR TRANSPORTATION ASSOCIATION OF AMERICA<br>1709 New York Avenue, N.W.<br>Washington, D.C. 20006 |

p. ____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __121__ -- __IN RE PUBLIC AIR TRAVEL TARIFF LITIGATION__

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| DELTA AIR LINES, INC. | A-1, A-2, A-6 |
| AMERICAN AIRLINES, INC. | A-1, A-2, A-5, A-6 |
| NATIONAL AIRLINES, INC. | A-1, A-2, A-4, A-6 |
| CIVIL AERONAUTICS BOARD, A GOVERN'L AGENCY | A-1 |
| Hughes Air Corp d/b/a Hughes Air West | A-2, A-6 |
| Continental Airlines Inc | A-2, A-4, A-6 |
| Trans World Airlines | A-2, A-4, A-7 |
| United Airlines | A-2, A-4, A-6 |
| Western Air Lines, Inc. | A-2, A-6 |
| Braniff Int'l National Airways | A-3 |

p. 2

| Airline | Codes | Notes |
|---|---|---|
| Pan International Airlines | A-4, A-6 | |
| Frontier Airlines | A-4, A-7 | not served |
| Northwest Airlines | A-4, A-7 | not served |
| Eastern Airlines | A-4, A-5, A-6, A-3 | |
| Ozark Airlines | A-4, A-7 | not served |
| Piedmont Airlines | A-4, A-7 | |
| Southern Airlines | A-4, A-6 | |
| Allegheny Airlines | A-4, A-5, A-7 | |
| Air Transport Assn | A-4 | |
| Air Traffic Conference | A-4 | |
| North Central Airlines | A-7 | not served |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 121 -- IN RE PUBLIC AIR TRAVEL TARIFF LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| North Eastern Airlines | A-3 *[illegible]* |
| North West Airlines | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |